FILED
CLERK, U.S. DISTRICT COURT

7/26/21

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_SE\_\_\_\_ DEPUTY

TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Deputy Chief, Cyber & I.P. Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0759
    Facsimile: (213) 894-2927
    E-mail:   khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ABDULRAHMAN IMRAAN JUMA,<br>  aka "Abdul,"<br>  aka "Rahman,"<br>KELLY CHIBUZO VINCENT,<br>  aka "Vincent Kelly Chibuzo,"<br>ABBA ALHAJI KYARI,<br>RUKAYAT MOTUNRAYA FASHOLA,<br>  aka "Morayo,"<br>BOLATITO TAWAKALITU AGBABIAKA,<br>  aka "Bolamide,"<br>YUSUF ADEKINKA ANIFOWOSHE,<br>  aka "AJ,"<br>  aka "Alvin Johnson,"<br><br>    Defendants. | No. 2:21-CR-00203-ODW-ALL<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER UNSEALING COMPLAINT, INDICTMENT, DETENTION REQUESTS, AND ARREST WARRANTS; DECLARATION OF KHALDOUN SHOBAKI |

    The government applies ex parte for an order unsealing the docket in this case, including the complaint, *indictment*, detention requests, arrest warrants, and supporting documents, which were sealed at the request of the government.  As explained in the

declaration of Khaldoun Shobaki, the government does not believe that these documents should be further maintained under seal, and therefore requests that the Court issue an order unsealing them.

This ex parte application is based on the attached declaration of Khaldoun Shobaki.

Dated: July 26, 2021          Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

/s/ Khaldoun Shobaki
KHALDOUN SHOBAKI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF KHALDOUN SHOBAKI**

I, Khaldoun Shobaki, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am the prosecutor representing the government in this case.

2. On February 12, 2021, the Honorable Patricia Donahue, United States Magistrate Judge authorized a criminal complaint in this case. At that time, the government filed an application and proposed order requesting that the complaint, supporting affidavit, arrest warrants, detention requests, and sealing papers be sealed pending the arrest of defendants. The Court entered the order sealing those documents on February 12, 2021.

3. On April 29, 2021, a grand jury returned the indictment in this case. At that time, the government also filed an application and proposed order requesting that the indictment and supporting documents be sealed. The Court entered the order sealing those documents on April 29, 2021.

4. On July 22, 2021, the Federal Bureau of Investigation ("FBI") arrested three defendants charged in the indictment. The government, through this application, requests that the docket in this case be unsealed.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 26, 2021.

_____
KHALDOUN SHOBAKI