1  TRACY L. WILKISON
   Acting United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, Criminal Division
   KHALDOUN SHOBAKI (Cal. Bar No. 232864)
4  Assistant United States Attorney
   Deputy Chief, Cyber & I.P. Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0759
7       Facsimile: (213) 894-2927
        E-mail:    khaldoun.shobaki@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 2:21-CR-00203-ODW

13          Plaintiff,                 STIPULATION AND JOINT REQUEST FOR
                                       A PROTECTIVE ORDER REGARDING
14          v.                         DISCOVERY CONTAINING PERSONAL
                                       IDENTIFYING INFORMATION AND
15  ABDULRAHMAN IMRAAN JUMA,           PRIVACY ACT INFORMATION
       aka "Abdul,"
16     aka "Rahman,"                   PROPOSED ORDER FILED SEPARATELY
    KELLY CHIBUZO VINCENT,
17     aka "Vincent Kelly
          Chibuzo,"
18  ABBA ALHAJI KYARI,
    RUKAYAT MOTUNRAYA FASHOLA,
19     aka "Morayo,"
    BOLATITO TAWAKALITU
20      AGBABIAKA,
       aka "Bolamide,"
21  YUSUF ADEKINKA ANIFOWOSHE,
       aka "AJ,"
22     aka "Alvin Johnson,"

23          Defendants.

24

25       Plaintiff, United States of America, by and through its counsel

26  of record, the Acting United States Attorney for the Central

27  District of California and Assistant United States Attorney Khaldoun

28  Shobaki, and defendant Rukuyat Motunraya Fashola ("Fashola"), by and

1 | through her counsel of record, Edward M. Robinson, defendant

2 | Bolatito Tawakalitu Agbabiaka ("Agbabiaka"), by and through her

3 | counsel of record, Daniel A. Nardoni, and defendant Yusuf Adekinka

4 | Anifowoshe ("Anifowoshe"), by and through his counsel of record,

5 | Deputy Federal Public Defender Lakeshia Monique Dorsey (collectively

6 | the "parties"), for the reasons set forth below, request that the

7 | Court enter the proposed protective order (the "Protective Order")

8 | governing the use and dissemination of (1) personal identifying

9 | information ("PII") of real persons pursuant to Federal Rule of

10 | Criminal Procedure Rule 16(d)(1).

11 | <u>Introduction and Grounds for Protective Order</u>

12 |     1.    Defendants are charged in this matter with violations of

13 | 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud); § 1956(h)

14 | (Conspiracy to Engage in Money Laundering); and § 1028A(a)(1)

15 | (Aggravated Identity Theft).  Defendants are released on bond

16 | pending trial.

17 |     2.    A protective order is necessary because the government

18 | intends to produce to the defense materials containing third

19 | parties' PII.  The government believes that disclosure of this

20 | information without limitation risks the privacy and security of the

21 | information's legitimate owners.  Because the government has an

22 | ongoing obligation to protect third parties' PII, the government

23 | cannot produce to defendant an unredacted set of discovery

24 | containing this information without the Court entering the

25 | Protective Order.  Moreover, the PII in many instances has

26 | evidentiary value.  If the government were to attempt to redact this

27 | information in strict compliance with Federal Rule of Criminal

28 | Procedure 49.1, the Central District of California's Local Rules

1   regarding redaction, and the Privacy Policy of the United States

2   Judicial Conference, the defense would receive a set of discovery

3   that would be highly confusing and difficult to understand, and it

4   would be challenging for defense counsel to adequately evaluate the

5   case, provide advice to defendant, or prepare for trial.

6        3.    An order is also necessary because the government intends

7   to produce to the defense materials that may contain information

8   within the scope of the Privacy Act, 5 U.S.C. § 552a ("Privacy Act

9   Information").   To the extent that these materials contain Privacy

10  Act Information, an order is necessary to authorize disclosure

11  pursuant to 5 U.S.C. § 552a(b)(11).

12       4.    The purpose of the Protective Order is to (a) allow the

13  government to comply with its discovery obligations while protecting

14  this sensitive information from unauthorized dissemination, and

15  (b) provide the defense with sufficient information to adequately

16  represent defendants.

17       Definitions

18       5.    The parties agree to the following definitions:

19           a.    "PII Materials" includes any information that can be

20  used to identify a person, including a name, address, date of birth,

21  Social Security number, driver's license number, telephone number,

22  account number, email address, or personal identification number.

23           b.    "Defense Team" for each defendant includes

24  (1) defendant's counsel of record ("defense counsel"); (2) other

25  attorneys at defense counsel's law firm who may be consulted

26  regarding case strategy in this case; (3) defense investigators who

27  are assisting defense counsel with this case; (4) retained experts

28  or potential experts; and (5) paralegals, legal assistants, and

1  other support staff to defense counsel who are providing assistance

2  on this case.  The Defense Team does not include defendant,

3  defendant's family members, or any other associates of defendant.

4          c.   "Confidential Information" refers to any document or

5  information containing PII Materials or Privacy Act Information that

6  the government designates pursuant to the proposed Protective Order

7  and produces to the defense.

8      Terms of the Protective Order

9      6.   The parties jointly request the Court enter the Protective

10 Order, which will permit the government to produce Confidential

11 Information in a manner that preserves the privacy and security of

12 third parties.  The parties agree that the following conditions in

13 the Protective Order will serve these interests:

14          a.   The government is authorized to provide defense

15 counsel with Confidential Information marked with the following

16 legend: "CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE

17 ORDER."  The government may put that legend on the digital medium

18 (such as DVD or hard drive) or simply label a digital folder on the

19 digital medium to cover the content of that digital folder.  The

20 government may also redact any PII contained in the production of

21 Confidential Information.  Defendant Anifowoshe objects to this

22 provision.

23          b.   If defendant objects to a designation that material

24 contains Confidential Information, the parties shall meet and

25 confer.  If the parties cannot reach an agreement regarding

26 defendant's objection, defendant may apply to the Court to have the

27 designation removed.

28

4

c.    Defendant and the Defense Team agree to use the Confidential Information solely to prepare for any pretrial motions, plea negotiations, trial, and sentencing hearing in this case, as well as any appellate and post-conviction proceedings related to this case.

d.    The Defense Team shall not permit anyone other than the Defense Team to have possession of Confidential Information, including defendant, while outside the presence of the Defense Team.

e.    Defendant may review PII Materials only in the presence of a member of the Defense Team, who shall ensure that defendant is never left alone with any PII Materials.  At the conclusion of any meeting with defendant at which defendant is permitted to view PII Materials, defendant must return any PII Materials to the Defense Team, and the member of the Defense Team present shall take all such materials with him or her.  Defendant may not take any PII Materials out of the room in which defendant is meeting with the Defense Team.

f.    Defendant may see and review Confidential Information as permitted by this Protective Order, but defendant may not copy, keep, maintain, or otherwise possess any Confidential Information in this case at any time.  Defendant also may not write down or memorialize any data or information contained in the Confidential Information.

g.    The Defense Team may review Confidential Information with a witness or potential witness in this case, including defendant.  A member of the Defense Team must be present if PII Materials are being shown to a witness or potential witness.  Before being shown any portion of Confidential Information, however, any

1   witness or potential witness must be informed of the requirements of

2   the Protective Order.  No member of the Defense Team shall permit a

3   witness or potential witness to retain Confidential Information or

4   any notes generated from Confidential Information.

5          h.   The Defense Team shall maintain Confidential

6   Information safely and securely, and shall exercise reasonable care

7   in ensuring the confidentiality of those materials by (1) not

8   permitting anyone other than members of the Defense Team, defendant,

9   witnesses, and potential witnesses, as restricted above, to see

10   Confidential Information; (2) not divulging to anyone other than

11   members of the Defense Team, defendant, witnesses, and potential

12   witnesses, the contents of Confidential Information; and (3) not

13   permitting Confidential Information to be outside the Defense Team's

14   offices, homes, vehicles, or personal presence.

15          i.   To the extent that defendant, the Defense Team,

16   witnesses, or potential witnesses create notes that contain, in

17   whole or in part, Confidential Information, or to the extent that

18   copies are made for authorized use by members of the Defense Team,

19   such notes, copies, or reproductions become Confidential Information

20   subject to the Protective Order and must be handled in accordance

21   with the terms of the Protective Order.

22          j.   The Defense Team shall use Confidential Information

23   only for the litigation of this matter and for no other purpose.

24   Litigation of this matter includes any appeal filed by defendant and

25   any motion filed by defendant pursuant to 28 U.S.C. § 2255.  In the

26   event that a party needs to file Confidential Information with the

27   Court or divulge the contents of Confidential Information in court

28   filings, the filing should be made under seal.  If the Court rejects

1  the request to file such information under seal, the party seeking

2  to file such information publicly shall provide advance written

3  notice to the other party to afford such party an opportunity to

4  object or otherwise respond to such intention.  If the other party

5  does not object to the proposed filing, the party seeking to file

6  such information shall redact any PII Materials and make all

7  reasonable attempts to limit the divulging of PII Materials.

8          k.   The parties agree that any Confidential Information

9  inadvertently produced in the course of discovery prior to entry of

10  the Protective Order shall be subject to the terms of the Protective

11  Order.  If Confidential Information was inadvertently produced prior

12  to entry of the Protective Order without being marked "CONFIDENTIAL

13  INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER," the government

14  shall reproduce the material with the correct designation and notify

15  defense counsel of the error.  The Defense Team shall take immediate

16  steps to destroy the unmarked material, including any copies.

17          l.   Confidential Information shall not be used by the

18  defendant or Defense Team, in any way, in any other matter, absent

19  an order by this Court.  All materials designated subject to the

20  Protective Order maintained in the Defense Team's files shall remain

21  subject to the Protective Order unless and until such order is

22  modified by this Court.  Within 30 days of the conclusion of

23  appellate and post-conviction proceedings, defense counsel shall

24  return all PII Materials, certify that such materials have been

25  destroyed, or certify that such materials are being kept pursuant to

26  the California Business and Professions Code and the California

27  Rules of Professional Conduct.

28

1   m.   In the event that there is a substitution of counsel

2   prior to when such documents must be returned, new defense counsel

3   must be informed of, and agree in writing to be bound by, the

4   requirements of the Protective Order before the undersigned defense

5   counsel transfers any Confidential Information to the new defense

6   counsel.   New defense counsel's written agreement to be bound by the

7   terms of the Protective Order must be returned to the Assistant U.S.

8   Attorney assigned to the case.   New defense counsel then will become

9   the Defense Team's custodian of materials designated subject to the

10  Protective Order and shall then become responsible, upon the

11  conclusion of appellate and post-conviction proceedings, for

12  returning to the government, certifying the destruction of, or

13  retaining pursuant to the California Business and Professions Code

14  and the California Rules of Professional Conduct all PII Materials.

15  n.   Defense counsel agrees to advise defendant and all

16  members of the Defense Team of their obligations under the

17  Protective Order and ensure their agreement to follow the Protective

18  Order, prior to providing defendant and members of the Defense Team

19  with access to any materials subject to the Protective Order.

20  o.   Defense Counsel has conferred with defendant

21  regarding this stipulation and the proposed order thereon, and

22  defendant agrees to the terms of the proposed order.

23  //

24  //

25  //

26  //

27  //

28  //

p.   Accordingly, the parties have agreed to request that the Court enter a protective order in the form submitted herewith.

IT IS SO STIPULATED.

DATED: September 23, 2021      TRACY L. WILKISON
                              Acting United States Attorney

                              CHRISTOPHER D. GRIGG
                              Assistant United States Attorney
                              Chief, National Security Division

                              _____
                              KHALDOUN SHOBAKI
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

DATED: __Sept. 22, 2021____    *Edward Robinson*_____
                              EDWARD M. ROBINSON
                              Attorney for Defendant
                              RUKUYAT MOTUNRAYA FASHOLA

DATED: _____             _____
                              DANIEL A. NARDONI
                              Attorney for Defendant
                              BOLATITO TAWAKALITU AGBABIAKA

DATED: _____             _____
                              LAKESHIA MONIQUE DORSEY
                              Attorney for Defendant
                              YUSUF ADEKINKA ANIFOWOSHE

9

1      p.   Accordingly, the parties have agreed to request that

2   the Court enter a protective order in the form submitted herewith.

3      IT IS SO STIPULATED.

4      DATED: September __, 2021        TRACY L. WILKISON
                                        Acting United States Attorney

5

6                                       CHRISTOPHER D. GRIGG
                                        Assistant United States Attorney

7                                       Chief, National Security Division

8

9                                       _____
                                        KHALDOUN SHOBAKI

10                                      Assistant United States Attorney

11                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

12

13      DATED: _____              _____
                                        EDWARD M. ROBINSON

14                                      Attorney for Defendant
                                        RUKUYAT MOTUNRAYA FASHOLA

15

16

17      DATED: 09/22/2021              *Daniel A. Nardoni*
                                        DANIEL A. NARDONI

18                                      Attorney for Defendant
                                        BOLATITO TAWAKALITU AGBABIAKA

19

20      DATED: _____              _____
                                        LAKESHIA MONIQUE DORSEY

21                                      Attorney for Defendant
                                        YUSUF ADEKINKA ANIFOWOSHE

22

23

24

25

26

27

28

                                    9

1     p.   Accordingly, the parties have agreed to request that

2   the Court enter a protective order in the form submitted herewith.

3      IT IS SO STIPULATED.

4      DATED: September __, 2021      TRACY L. WILKISON
                                      Acting United States Attorney

5

6                                     CHRISTOPHER D. GRIGG
                                      Assistant United States Attorney

7                                     Chief, National Security Division

8

9                                     _____
                                      KHALDOUN SHOBAKI

10                                    Assistant United States Attorney

11                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

12

13     DATED: _____            _____
                                      EDWARD M. ROBINSON

14                                    Attorney for Defendant
                                      RUKUYAT MOTUNRAYA FASHOLA

15

16

17     DATED: _____            _____
                                      DANIEL A. NARDONI

18                                    Attorney for Defendant
                                      BOLATITO TAWAKALITU AGBABIAKA

19

20     DATED: 9/23/2021             _____
                                      LAKESHIA MONIQUE DORSEY

21                                    Attorney for Defendant
                                      YUSUF ADEKINKA ANIFOWOSHE

22

23

24

25

26

27

28

10