TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Criminal Division
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Deputy Chief, Cyber & I.P. Crimes Section
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0759
      Facsimile: (213) 894-2927
      E-mail:     khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>ABDULRAHMAN IMRAAN JUMA,<br>  aka "Abdul,"<br>  aka "Rahman,"<br>KELLY CHIBUZO VINCENT,<br>  aka "Vincent Kelly Chibuzo,"<br>ABBA ALHAJI KYARI,<br>RUKAYAT MOTUNRAYA FASHOLA,<br>  aka "Morayo,"<br>BOLATITO TAWAKALITU AGBABIAKA,<br>  aka "Bolamide,"<br>YUSUF ADEKINKA ANIFOWOSHE,<br>  aka "AJ,"<br>  aka "Alvin Johnson,"<br><br>                Defendants. | No. 2:21-CR-00203-ODW<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:   10/12/2021**<br>**PROPOSED TRIAL DATE:   5/17/2022** |

     Plaintiff United States of America, by and through its counsel

of record, the Acting United States Attorney for the Central District

of California and Assistant United States Attorney Khaldoun Shobaki,

and defendant Rukuyat Motunraya Fashola ("Fashola"), both

individually and by and through her counsel of record, Edward M.

1   Robinson, defendant Bolatito Tawakalitu Agbabiaka ("Agbabiaka"), both
2   individually and by and through her counsel of record, Daniel A.
3   Nardoni, and defendant Yusuf Adekinka Anifowoshe ("Anifowoshe"), both
4   individually and by and through his counsel of record, Deputy Federal
5   Public Defender Lakeshia Monique Dorsey, hereby stipulate as follows:

6       1.   The Indictment in this case was made public on July 26,
7   2021.  Defendants Agbabiaka and Anifowoshe first appeared before a
8   judicial officer of the court in which the charges in this case were
9   pending on August 19, 2021.  Defendant Fashola first appeared before
10  a judicial officer of the court in which the charges in this case
11  were pending on September 1, 2021.  The Speedy Trial Act, 18 U.S.C.
12  § 3161, originally required that the trial commence on or before
13  October 28, 2021 with respect to Agbabiaka and Anifowoshe, and on or
14  before November 10, 2021 with respect to Fashola.  Defendants
15  Abdulrahman Imraam Juma, Kelly Chibuzo Vincent, and Abba Alhaji Kyari
16  remain at large.

17      2.   On August 19, 2021, the Court set a trial date of October
18  12, 2021 for Agbabiaka and Anifowoshe.  On September 1, 2021, the
19  Court set a trial date of October 26, 2021 for Fashola.

20      3.   Defendants Agbabiaka, Anifowoshe and Fashola are released
21  on bond pending trial.  The parties estimate that the trial in this
22  matter will last approximately 6 days.  All defendants are joined for
23  trial and a severance has not been granted.

24      4.   By this stipulation, defendants move to continue the trial
25  date to May 17, 2022.  This is the first request for a continuance.

26      5.   Defendants request the continuance based upon the following
27  facts, which the parties believe demonstrate good cause to support
28  the appropriate findings under the Speedy Trial Act:

1       a.   Defendants are charged with violations of 18 U.S.C.

2 § 1349 (Conspiracy to Commit Wire Fraud); § 1956(h) (Conspiracy to

3 Engage in Money Laundering); and § 1028A(a)(1) (Aggravated Identity

4 Theft).  The government has produced discovery to the defense,

5 including approximately 2.31 GB of native data consisting of 2,707

6 files including exported chat logs, Cellebrite reports, WhatApp

7 messages, audio recordings, and other social media content.  The

8 government is currently processing approximately 6,773 pages of

9 additional discovery including investigative reports and documents

10 received from foreign law enforcement agencies for production and

11 anticipates those materials will be produced within approximately two

12 weeks.

13       b.   Defense counsel for Anifowoshe represents that she is

14 presently scheduled to be in trial in the following matters: (1)

15 United States v. Hughes, 2:21-CR-00079-FMO, a single defendant stolen

16 mail case scheduled for November 30, 2021, which is estimated to last

17 2-3 days; (2) United States v. Mayberry, 2:20-CR-00478-GW, a single-

18 defendant possession with intent to sale trial scheduled for January

19 11, 2022, which is estimated to last 2-3 days; (3) United States v.

20 Budd, 2:21-CR-00240-JAK, a single-defendant possession with intent to

21 sale case scheduled for February 24, 2022, which is estimated to last

22 3-4 days; and United States v. Moody, 2:21-CR-00281-MCS, a single-

23 defendant felon in possession case, scheduled for January 11, 2022,

24 which is estimated to last 3-4 days.  Accordingly, counsel represents

25 that she will not have the time that she believes is necessary to

26 prepare to try this case on the current trial date.

27       c.   In light of the foregoing, counsel for defendants also

28 represent that additional time is necessary to confer with

1  defendants, conduct and complete an independent investigation of the

2  case, conduct and complete additional legal research including for

3  potential pre-trial motions, review the discovery and potential

4  evidence in the case, and prepare for trial in the event that a

5  pretrial resolution does not occur.  Defense counsel represent that

6  failure to grant the continuance would deny them reasonable time

7  necessary for effective preparation, taking into account the exercise

8  of due diligence.

9          d.   Defendants believe that failure to grant the

10 continuance will deny them continuity of counsel and adequate

11 representation.

12         e.   The government does not object to the continuance.

13         f.   The requested continuance is not based on congestion

14 of the Court's calendar, lack of diligent preparation on the part of

15 the attorney for the government or the defense, or failure on the

16 part of the attorney for the Government to obtain available

17 witnesses.

18     6.   For purposes of computing the date under the Speedy Trial

19 Act by which defendant's trial must commence, the parties agree that

20 the time period of October 12, 2021 to May 17, 2022, inclusive,

21 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

22 (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a

23 continuance granted by the Court at defendant's request, without

24 government objection, on the basis of the Court's finding that: (i)

25 the ends of justice served by the continuance outweigh the best

26 interest of the public and defendant in a speedy trial; (ii) failure

27 to grant the continuance would be likely to make a continuation of

28 the proceeding impossible, or result in a miscarriage of justice; and

4

1  (iii) failure to grant the continuance would unreasonably deny

2  defendant continuity of counsel and would deny defense counsel the

3  reasonable time necessary for effective preparation, taking into

4  account the exercise of due diligence.

5       7.   Nothing in this stipulation shall preclude a finding that

6  other provisions of the Speedy Trial Act dictate that additional time

7  periods be excluded from the period within which trial must commence.

8  Moreover, the same provisions and/or other provisions of the Speedy

9  Trial Act may in the future authorize the exclusion of additional

10  time periods from the period within which trial must commence.

11       IT IS SO STIPULATED.

12  Dated: September 24, 2021          Respectfully submitted,

13                                     TRACY L. WILKISON
                                       Acting United States Attorney
14
                                       CHRISTOPHER D. GRIGG
15                                     Assistant United States Attorney
                                       Chief, Criminal Division
16
17  

                                       _____
18                                     KHALDOUN SHOBAKI
                                       Assistant United States Attorney
19
                                       Attorneys for Plaintiff
20                                     UNITED STATES OF AMERICA

21

22

23       I am RUKUYAT MOTUNRAYA FASHOLA's attorney.  I have carefully

24  discussed every part of this stipulation and the continuance of the

25  trial date with my client. I have fully informed my client of her

26  Speedy Trial rights.  To my knowledge, my client understands those

27  rights and agrees to waive them.  I believe that my client's decision

28

to give up the right to be brought to trial earlier than May 17, 2022
is an informed and voluntary one.

*Edward Robinson*                          Sept. 22, 2021
_____                _____
EDWARD M. ROBINSON                         Date
Attorney for Defendant
RUKUYAT MOTUNRAYA FASHOLA


    I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I
voluntarily agree to the continuance of the trial date and give up my
right to be brought to trial earlier than May 17, 2022.  I understand
that I will be ordered to appear in Courtroom 5D of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on May 17,
2022 at 9:00 a.m.

_____                _____
RUKUYAT MOTUNRAYA FASHOLA                   Date
Defendant


    I am BOLATITO TAWAKALITU AGBABIAKA's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of her
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than May 17, 2022
is an informed and voluntary one.

_____                _____
DANIEL A. NARDONI                          Date
Attorney for Defendant
BOLATITO TAWAKALITU AGBABIAKA

6

to give up the right to be brought to trial earlier than May 17, 2022 is an informed and voluntary one.

_____     _____
EDWARD M. ROBINSON                   Date
Attorney for Defendant
RUKUYAT MOTUNRAYA FASHOLA

    I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than May 17, 2022.  I understand that I will be ordered to appear in Courtroom 5D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 17, 2022 at 9:00 a.m.

_____     _____
RUKUYAT MOTUNRAYA FASHOLA             Date
Defendant

    I am BOLATITO TAWAKALITU AGBABIAKA's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of her Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than May 17, 2022 is an informed and voluntary one.

*Daniel A. Nardoni*                  09/22/2021
_____     _____
DANIEL A. NARDONI                    Date
Attorney for Defendant
BOLATITO TAWAKALITU AGBABIAKA

1       I have read this stipulation and have carefully discussed it

2   with my attorney.  I understand my Speedy Trial rights.  I

3   voluntarily agree to the continuance of the trial date and give up my

4   right to be brought to trial earlier than May 17, 2022.  I understand

5   that I will be ordered to appear in Courtroom 5D of the Federal

6   Courthouse, 350 W. 1st Street, Los Angeles, California on May 17,

7   2022 at 9:00 a.m.

8   _____        _____

9   BOLATITO TAWAKALITU AGBABIAKA          Date
    Defendant
10

11

12

13      I am YUSUF ADEKINKA ANIFOWOSHE's attorney.  I have carefully

14  discussed every part of this stipulation and the continuance of the

15  trial date with my client. I have fully informed my client of his

16  Speedy Trial rights.  To my knowledge, my client understands those

17  rights and agrees to waive them.  I believe that my client's decision

18  to give up the right to be brought to trial earlier than May 17, 2022

19  is an informed and voluntary one.

20

21  _____        _____
    LAKESHIA MONIQUE DORSEY               Date
22  Attorney for Defendant
    YUSUF ADEKINKA ANIFOWOSHE
23

24

25      I have read this stipulation and have carefully discussed it

26  with my attorney.  I understand my Speedy Trial rights.  I

27  voluntarily agree to the continuance of the trial date and give up my

28  right to be brought to trial earlier than May 17, 2022.  I understand

7

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than May 17, 2022.  I understand that I will be ordered to appear in Courtroom 5D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 17, 2022 at 9:00 a.m.

_____          _____
BOLATITO TAWAKALITU AGBABIAKA              Date
Defendant

I am YUSUF ADEKINKA ANIFOWOSHE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than May 17, 2022 is an informed and voluntary one.

_____          9/23/2021
LAKESHIA MONIQUE DORSEY                     _____
Attorney for Defendant                      Date
YUSUF ADEKINKA ANIFOWOSHE

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than May 17, 2022.  I understand

7

that I will be ordered to appear in Courtroom 5D of the Federal

Courthouse, 350 W. 1st Street, Los Angeles, California on May 17,

2022 at 9:00 a.m.

_____          _____
YUSUF ADEKINKA ANIFOWOSHE                 Date
Defendant