CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717 )
E-Mail: carel_ale@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
YUSUF ANIFOWOSHE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. YUSUF ANIFOWOSHE, Defendant. | Case No. 21-CR-00203-ODW-6 **STIPULATION TO CONTINUE SENTENCING AND FILING DEADLINES** Current Sentencing Date: July 18, 2022 at 10:00 a.m. Proposed Sentencing Date: September 12, 2022 at 10:00 a.m. |

Yusuf Anifowoshe, by and through his counsel of record, Deputy Federal Public Defender Carel Alé, and the United States, by and through its counsel of record, Assistant United States Attorney Khaldoun Shobaki, HEREBY STIPULATE AND AGREE:

1. On February 14, 2022, Mr. Anifowoshe pled guilty to Count Two of the Indictment in this case. On that date, the Court set a sentencing hearing for July 18, 2022.

2. On May 4, 2022, the United States Pretrial Services Office conducted a video Presentence Interview with Mr. Anifowoshe.

3. On June 10, 2022, the U.S. Pretrial Services Office filed the Presentence Report in this case. Per the Court's Order (ECF No. 90), the parties' objections to the Presentence Report are due no later than 21 days prior to the date of sentencing,

*i.e.*, June 27, 2022.

4. Defense counsel was in trial from June 21, 2022, through June 24, 2022, in *United States v. Barrera-MacKorty*, 19-CR-404-DMG.

5. Defense counsel requires additional time to review the Presentence Report with Mr. Anifowoshe prior to filing objections, if any, to the Presentence Report.

6. On June 24, 2022, AUSA Shobaki stated that the government did not oppose a continuance to allow the defense additional time to prepare for sentencing.

7. AUSA Shobaki advised that he begins an approximately 4-day trial on June 29, 2022, in *United States v. Pantchev*, 21-CR-50-JFW.

8. AUSA Shobaki also advised that he would be unavailable July 23 through August 12, 2022, and would be amenable to a continuace that would allow the parties to file position papers in late August 2022.

9. Accordingly, IT IS HEREBY STIPULATED AND AGREED to by the parties:

   a. The parties' position papers shall be filed no later than August 22, 2022.

   b. Sentencing is continued to September 12, 2022 at 10:00 a.m.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 26, 2022   By  */s/ Carel Alé*
CAREL ALÉ
Deputy Federal Public Defender
Attorney for YUSUF ANIFOWOSHE

TRACY WILKISON
Acting United States Attorney

DATED: June 26, 2022   By  */s/ Khaldoun Shobaki (via email authorization)*
KHALDOUN SHOBAKI
Assistant United States Attorney