CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717 )
E-Mail:  carel_ale@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-4748
Facsimile:  (213) 894-0081

Attorneys for Defendant
YUSUF ANIFOWOSHE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>YUSUF ANIFOWOSHE,<br>,<br>　　　　　Defendant. | Case No. 21-CR-00203-ODW-6<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE SENTENCING AND FILING DEADLINES** |

1

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

(1) The parties' position papers shall be filed no later than August 22, 2022.

(2) Sentencing is continued to September 12, 2022 at 10:00 a.m.

DATED: June___, 2022        By: _____
                                HON. OTIS D. WRIGHT II
                                United States District Court Judge

Presented by:

 */s/ Carel Alé*
CAREL ALÉ
Deputy Federal Public Defender
Attorney for Yusuf Anifowoshe

2